**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case No. 00-cv-01130-REB-OES

STONE & WOLF, L.L.C. a Wyoming limited liability company,
CLAYTON WILLIAMS ENERGY, INC.,

    Plaintiff,

v.

THREE FORKS RANCH CORP.,

    Defendant.

## ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS

**Blackburn, J.**

    To provide for the retention of the exhibits admitted or otherwise used during the trial conducted on June 2 and 3, 2003,

    **IT IS ORDERED** that counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter.

    Dated at Denver, Colorado, April 27, 2011.

                                **BY THE COURT:**

                                *[signature]*
                                Robert E. Blackburn
                                United States District Judge